THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Yiwu Jieya E-Commerce Co. Ltd., <br><br> Plaintiff <br><br> v. <br><br> Liang Xu and JUDYBRIDAL. <br><br> Defendants. | Cause No. 25-cv-1595-LK <br><br> **NOTICE OF APPEARANCE** |

Please take notice that Philip P. Mann hereby appears as attorney of record for Defendants Liang Xu and JUDYBRIDAL in the above captioned action. Please serve all further pleadings and papers, exclusive of original process, on Philip P. Mann at the address below.

Dated September 10, 2025

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington  98110
Phone (206) 436-0900
phil@mannlawgroup.com
Attorneys for Defendants

NOTICE OF APPEARANCE
Cause No. 25-CV-1595-LK

Page 1

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206.436.0900