UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YIWU JIEYA E−COMMERCE CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> LIANG XU et al., <br><br> Defendants. | CASE NO. 2:25-cv-01595-LK <br><br> ORDER GRANTING MOTION FOR A PRELIMINARY INJUNCTION |

This matter comes before the Court on Plaintiff Yiwu Jieya E-Commerce Co. Ltd.'s Motion for a Preliminary Injunction. Dkt. No. 27. Plaintiff seeks an order enjoining Defendants Liang Xu and JUDYBRIDAL "from making or reinstating any complaints concerning Plaintiff's accused products, including ASINs B0C5M4FXD3, B0C8C6ZFXW, B0CXM6G39D, B0CJ4VR1DK, B0C58QHVHZ, B0C58QSJPV, B0DG8L177D, and B0C58MCR4C, or any other ASINs corresponding to the same rotating desk organizer products, on Amazon or any other online marketplace, thereby preserving the status quo during the pendency of this action." *Id.* at 17.

On September 19, 2025, the Court granted Plaintiff's motion for a temporary restraining order, and ordered a September 23 deadline for Plaintiff to file a motion for a preliminary

injunction, and a September 29, 2025 deadline for Defendants' response. Dkt. No. 25 at 12–13. Plaintiff timely filed this motion for a preliminary injunction, but Defendants have not filed any response. The deadline for Defendants to file a response has passed. Under Local Civil Rule 7(b)(2), the Court construes the failure to file a response "as an admission that the motion has merit."[1] For that reason, and for the reasons the Court laid out in its September 23 Order, Dkt. No. 25, the Court finds that Plaintiff is entitled to a preliminary injunction and that no bond is required.

The Court therefore GRANTS Plaintiff's Motion for a Preliminary Injunction, Dkt. No. 27, DENIES as moot its Motion to Extend the Temporary Restraining Order, Dkt. No. 28, and ORDERS as follows:

1.  Defendants Liang Xu and JUDYBRIDAL, along with their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Order, are preliminarily enjoined from submitting to Amazon.com or to any other online marketplace any complaint, notice, or takedown request alleging that the products identified in Paragraph 3 infringe U.S. Patent No. 12,274,337 B2 during the pendency of this action.

2. Defendants shall maintain the retractions of their Amazon complaints against Plaintiff's products, including Complaint IDs 18039774501 and 18435665831, and shall not directly or indirectly take any action to reinstate, resubmit, or otherwise reactivate those complaints.

3. This Order applies specifically to Plaintiff's rotating desk organizer products identified by ASINs B0C5M4FXD3, B0C8C6ZFXW, B0CXM6G39D, B0CJ4VR1DK, B0C58QHVHZ, B0C58QSJPV, B0DG8L177D, and B0C58MCR4C, together with any other ASINs for the same rotating desk organizer product sold under Plaintiff's storefront.

---

[1] Plaintiff noted its motion for a preliminary injunction for October 21, 2025, Dkt. No. 27, but Local Civil Rule 7(d) provides briefing deadlines that apply "[u]nless otherwise provided by . . . court order[.]"

ORDER GRANTING MOTION FOR A PRELIMINARY INJUNCTION - 2

4. Defendants shall take all reasonable steps within their power to effectuate this Order, including promptly responding to any Amazon requests necessary to give effect to this Order.

5. Plaintiff is authorized to serve a copy of this Order on Amazon.com and any other relevant marketplace for the purpose of facilitating compliance with this Order.

6. This Preliminary Injunction shall remain in effect until final judgment in this action or further order of the Court.

Dated this 3rd day of October, 2025.

*Lauren King*
Lauren King
United States District Judge

ORDER GRANTING MOTION FOR A PRELIMINARY INJUNCTION - 3